UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QIANQIAN QIAO,<br><br>                              Plaintiff,<br><br>v.<br><br>TRANSAMERICA PREMIER LIFE INSURANCE COMPANY,<br><br>                              Defendant.<br>_____<br><br>And Related Cross-Action. | Case No.: 20-cv-1449 W (AGS)<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO DEPOSIT FUNDS INTO COURT REGISTRY BY DEFENDANT AND COUNTER/CROSS-CLAIMANT TRANSAMERICA PREMIER LIFE INSURANCE COMPANY [DOC. 20]** |

      Pending before the Court is Defendant and Counter/Cross-Claimant Transamerica Premier Life Insurance Company's ("TPLIC") Application to Deposit Funds (the "Application") relating to its Counter/Cross-Complaint-in-Interpleader.  The Counter/Cross-Interpleader action relates to the life insurance benefits payable as the result of the death of Jonathan X. Ji (the "Policy Benefits").  As set forth in the Counter/Cross-Complaint-in-Interpleader, TPLIC does not dispute that the Policy Benefits are payable, but contends that it is unable to determine who among the

| | |
|---|---|
| 1 | competing Counter/Cross-Defendants-in-Interpleader is entitled to the benefits.  TPLIC |
| 2 | therefore seeks to deposit the Policy Benefits with the Court in an interest-bearing |
| 3 | account.  To date, no opposition has been filed to TPLIC's Application. |

       Having reviewed the Application, and good cause appearing, the Court **GRANTS** the unopposed Application [Doc. 20] and **ORDERS** as follows:

       1.    TPLIC, or its authorized agent or representative, shall deposit with the Registry of Court a check made payable to the "Clerk of Court, U.S. District Court, Southern District of California" in the amount of $500,000.00, plus any applicable interest.  Such deposit may be made at any time after entry of this Order.

**IT IS SO ORDERED.**

Dated:  October 7, 2020

                                              _____
                                              Hon. Thomas J. Whelan
                                              United States District Judge